O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-00939-SGL(CWx)                              Date:  January 6, 2009

Title:      FREDDY BARRON AND JEAN BARRON -v- DEPARTMENT OF VETERANS
            AFFAIRS OF THE UNITED STATES, ET AL.
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

          Jim Holmes                                  None Present
          Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:    (IN CHAMBERS)
                CASE MANAGEMENT NOTICE SETTING DEADLINE FOR RESPONSE TO
                ORDER TO SHOW CAUSE


   The action herein was filed on **July 14, 2008**.  Plaintiff filed its proof of service regarding service of the complaint and summons on November 12, 2008, stating that service of process was effectuated on the defendants on August 14, 2008, the deadline for a responsive pleading to have been filed has expired.  <u>See</u> CM/ECF docket report.  Since that date, based upon the review of the docket in this action, the Court is unaware of any action having been undertaken in this matter.  Moreover, no answer has been filed by the foregoing defendants, nor has any party requested leave of court for an order extending the time to answer the complaint.

   The Court, on its own motion, hereby ORDERS the deadline of January 19, 2009, for plaintiff to file its request for entry of default by clerk of court.  Assuming a timely response is filed by that date, and entry of default by clerk of court is accepted and entered;  additionally, the Courts the deadline of January 26 ,2009, for plaintiff to file its noticed motion for entry of default judgment by court.

   It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1 and L.R. 52-9.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED.

### Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08).  Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**.  **WordPerfect format is preferred**.  The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**.  All copies delivered to chambers shall have the Notice of E-filing attached thereto.  For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures.  To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration.  WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

ED CV 08-00939-SGL(CWx)
FREDDY BARRON AND JEAN BARRON v DEPARTMENT OF VETERANS AFFAIRS OF THE UNITED STATES, ET AL.